IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:07-153-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES HOPKINS | ) | |
| | ) | |
| _____ | ) | |

The defendant, James Hopkins, pled guilty to drug conspiracy charges, and was sentenced to a custodial term of 188 months. He was granted a subsequent reduction of his sentence to 168 months under U.S.S.G. Amendment 706.

The government has now filed a motion for a reduction of sentence pursuant to Rule 35(b)(2) of the Federal Rules of Criminal Procedure. Specifically, the government suggests that the defendant has provided unrewarded substantial assistance in the investigation and prosecution of other individuals which conforms to the guidelines and policy statements issued by the United States Sentencing Commission pursuant to 28 U.S.C. § 994. In connection with its motion, the government recommends a reduction to 132 months.

Consistent with its standard practice, this court advised the defendant that the government's motion to reduce his sentence had been filed and invited him to provide information that the court might consider in determining the extent of the departure. The defendant, through counsel, responded to the court's notice.

1

After carefully reviewing the materials submitted by the government and the defendant, this court is of the opinion that a reduction is appropriate in this case. Accordingly, the government's motion for a reduction of sentence is hereby granted. The custodial portion of the defendant's sentence is hereby reduced to a term of 132 months. All other aspects of the original sentence remain in full force.

    IT IS SO ORDERED.

February 21, 2013　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　United States District Judge